# United States District Court
# Violation Notice

CVB Location Code: KE 73

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6325260 | Marshall B. Smith | 201 |

6325260

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 05/12/2026 1758 | 327.12 (c) |

Place of Offense: Carr Creek Lake

Offense Description: Factual Basis for Charge — HAZMAT ☐

... disrupts the use of the project or impairs the safety of any person is prohibited. Individuals who are boisterous, rowdy, disorderly, or otherwise disturb the peace on project lands/water may be asked to leave

**DEFENDANT INFORMATION** Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| Kilburn | Bert | |

[redacted]

**VEHICLE** VIN: CMV ☐

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ______ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT → $ ______ Total Collateral Due

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: BERT Kilburn

(Rev. 09/2015) Original - CVB Copy

CVB SCAN 08/11/2026 7:54

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 21 July, 20 26 while exercising my duties as a law enforcement officer in the Eastern District of Kentucky

Bert Kilburn was issued this citation for his actions that took place on May 12, 2026.

Mr. Kilburn discharged a firearm above another boat on Carr Creek Lake. There were 3 individuals on board the boat. Sworn statements were taken from each person aboard the boat from Fish and Wildlife officer Dylan Fields after the incident.

I spoke with the AUSA on this citation and 327.12(c) was deemed most appropiate for the incident. Mr. Kilburn was in fact impeding and disrupting the use of the project and impairing the safety of persons utilizing the project waters.

The wish and intent of this citation is to leave Mr. Kilburn tresspassed from Carr Creek Lake and/or all Corps of Engineers lands and waters.

The foregoing statement is based upon:

- ☐ my personal observation ☐ my personal investigation
- ☑ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/21/2026 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/11/2026 7:54